**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

26-1092

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. E2220555 (Class A) |
| v. | |
| BYRON O. BARNETT | **C O M P L A I N T**<br>Offense on a Federal Reservation |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **KYLE J. PALADINO,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **9th day of January 2026,** at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**BYRON O. BARNETT** did commit:

Violation of a security regulation in violation of 50 U.S.C. 797.

The name of the Complainant is **Kyle J. Paladino.**

**KYLE J. PALADINO, DAF, Civ**
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 26TH DAY OF MARCH 2026.

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

3/26/26 NK 5/19/26 NK 7/21/26

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest-warrant or summons)

I state that on _09 JAN_, 20 _22_ while exercising my duties as a law enforcement officer in the _Federal_ District of _New Jersey_

Officer Laier was dispatched to check point 9 for the involves of a firearm. A black Pelicen case was found under the passenger seat of previous vehicle. The case contained a black Glock U.S.P serial # 02TM571 w/ 2 magazine containing 26 Rounds of 9MM bass. Grums, This is a violation of section Regulation for TB MOL

The foregoing statement is based upon:

☑ my personal observation ☑ my personal investigation

☑ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _01/09/2026_    _P/o A. Laier 6818_
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)         U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 02/02/2026 14:48